

*John P. McGrath, Corporation Counsel (Joseph J. Lucchi* and *Seymour B. Quel* of counsel), for appellants.

*Sydney S. Levine* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.

In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under the Will of ANNIE M. CUMMINGS, Deceased, Respondent. LILLIAN CUMMINGS, Individually and as Administratrix of the Estate of GEORGE S. CUMMINGS, Deceased, et al., Appellants; EDITH A. MERRITT, Respondent.

Argued October 7, 1948; decided October 21, 1948.

*Naomi Ranson, Joseph Fischer* and *Jesse Hemley* for appellants.

*Earl A. Darr* for Edith A. Merritt, respondent.

Order affirmed, with costs to respondents payable out of the fund; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.

In the Matter of BARRY EQUITY CORP., Appellant. JACOB ELISHEWITZ & SONS CO., INC., Respondent.

Argued October 11, 1948; decided October 21, 1948.